UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE <br><br> Defendants. | Case No. 5:19-cv-00286-DAE |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notice of consent:

1. Max Hidalgo

Dated: August 21, 2019
      New York, New York

                                   Respectfully submitted,

                                   /s/ Joseph A. Fitapelli
                                   Joseph A. Fitapelli
                                   **FITAPELLI & SCHAFFER, LLP**
                                   Joseph A. Fitapelli, admitted *pro hac vice*
                                   Armando A. Ortiz, admitted *pro hac vice*
                                   28 Liberty Street, 30th Floor
                                   New York, New York 10005
                                   Telephone: (212) 300-0375

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**JOSEPHSON DUNLAP LAW FIRM**
Michael Josephson
Andrew Dunlap
Richard M. Schreiber
William R. Liles
State Bar No. 24083395
wlies@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

*Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 21st day of August 2019.

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli