# EXHIBIT 1

## FAIR LABOR STANDARDS ACT CONSENT

1.  I consent to be a party plaintiff in a lawsuit against COBRA ENERGY/ESPADA and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I hereby designate FITAPELLI & SCHAFFER, LLP, PECHMAN LAW GROUP, BRUCKNER BURCH PLLC, and JOSEPHSON DUNLAP, LLP ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for attorney's fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____
Max Hidalgo (Aug 19, 2019)
Signature

**Max Hidalgo**
_____
Full Legal Name (Print)