UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>COBRA ACQUISITIONS, LLC D/B/A COBRA ENERGY, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN, LLC, JAMES JORRIE, and JENNIFER GAY JORRIE,<br><br>      Defendants. | Case No. 5:19-cv-00286-DAE |

### NOTICE OF APPEARANCE

Richard J. (Rex) Burch appears as additional counsel for Plaintiff.

            Respectfully submitted,

            **BRUCKNER BURCH PLLC**

            **/s/ Rex Burch**
         By: _____
            Richard J. (Rex) Burch
            Texas Bar No. 24001807
         8 Greenway Plaza, Suite 1500
         Houston, Texas 77046
         Telephone: (713) 877-8788
         Telecopier: (713) 877-8065
         rburch@brucknerburch.com

### CERTFICATE OF SERVICE

I will serve this document as required by the Rules.

            **/s/ Rex Burch**
            _____
            Richard J. (Rex) Burch