# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated, | **CIV. A. NO. 5:19-cv-00286-DAE** |
| **Plaintiff,** | |
| vs. | |
| MAMMOTH ENERGY SERVICES, INC. d/b/a COBRA ENERGY and ESPADA LOGISTICS AND SECURITY GROUP, LLC | |
| **Defendants.** | |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notice of consent:

1. Navejas, Esequiel

Respectfully submitted,

By: */s/ Michael A. Josephson*
    Michael A. Josephson State
    Bar No. 24014780
    Andrew W. Dunlap
    State Bar No. 24078444
    Richard M. Schreiber
    State Bar No. 24056278
    **JOSEPHSON DUNLAP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    **AND**

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 5th day of September 2019.

            */s/ Michael A. Josephson*
            Michael A. Josephson

**CONSENT TO JOIN WAGE CLAIM**

Print Name: Esequiel navejas
_____

1. I hereby consent to participate in a collective action lawsuit against Cobra Energy / Espada Logistics & Security
   _____
   to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP and BRUCKNER BURCH as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP and BRUCKNER BURCH to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: Esequiel navejas (Aug 15, 2019)       Date Signed: 08/15/19
_____                  _____

EXHIBIT 1