UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE<br><br>Defendants. | Case No. 5:19-cv-00286-DAE |

**NOTICE OF FILING WITHDRAWAL OF CONSENT**

Plaintiff files the attached withdrawal form on behalf of opt-in plaintiff Manolo Mauriz (ECF No. 38). Plaintiff respectfully asks that Mr. Mauriz be removed as an opt-in plaintiff in this matter.

Dated: September 5, 2019
    New York, New York

                              Respectfully submitted,

                              /s/ Joseph A. Fitapelli
                              Joseph A. Fitapelli
                              **FITAPELLI & SCHAFFER, LLP**
                              Joseph A. Fitapelli, admitted *pro hac vice*
                              Armando A. Ortiz, admitted *pro hac vice*
                              28 Liberty Street, 30th Floor
                              New York, New York 10005
                              Telephone: (212) 300-0375

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**JOSEPHSON DUNLAP LAW FIRM**
Michael Josephson
Andrew Dunlap
Richard M. Schreiber
William R. Liles
State Bar No. 24083395
wlies@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

*Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 5th day of September 2019.

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE;**<br><br>Defendants. | CIV. A. NO. 5:19-cv-00286-DAE<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF OPT IN FORM |

1. I hereby revoke my Plaintiff Consent Form and withdraw as an opt-in Plaintiff from the above-captioned lawsuit involving claims against Defenants Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean LLC, James Jorrie, and Jennifer Gay Jorrie, for violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

2. I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon my filing of my Plaintiff Consent Form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact an attorney immediately.

*M. M.*
Manolo Mauriz (Sep 3, 2019)
Signature

**Manolo Mauriz**
Print Name

**Sep 3, 2019**
Date