UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE<br><br>Defendants. | Case No. 5:19-cv-00286-DAE |

**ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to the Court's June 18, 2019 Scheduling Order, Plaintiff files the following Alternative Dispute Resolution Report on behalf of all parties, in compliance with Local Rule CV-88.

1. **Status of Settlement Negotiations**:

    a. Plaintiffs' Counsel had previously proposed the use of a mediator to help facilitate class-wide settlement negotiations. Defendant Cobra Acquisitions LLC ("Cobra") will agree to mediation, provided that all other defendants agree to attend and participate. Defendant Espada is continuing to evaluate whether mediation would be appropriate, and if so, at which stage of the proceeding.

2. **Identity of the persons responsible for settlement negotiations for each party:**

    a. <u>For Plaintiffs and putative collective/class members:</u>

        i. Named Plaintiff EJ LeJeune, individually and on behalf of all others similarly situated;

1

      ii. Joseph A. Fitapelli, Fitapelli & Schaffer, LLP;

      iii. Richard J. (Rex) Burch, Bruckner Burch PLLC; and

      iv. Michael Josephson & Andrew Dunlap. Josephson Dunlap Law Firm.

  b. <u>For Defendants:</u>

      i. <u>Cobra Acquisitions LLC:</u>

          1. Mark Layton, Chief Financial Officer

          2. Brian Patterson & Joshua Sekoski, Akin Gump Strauss Hauer & Feld LLP

      ii. <u>Espada Logistics and Security Group, LLC:</u>

          1. Hull Youngblood, General Counsel

          2. Linda Wills, Wilson Elser Moskowitz Edelman & Dicker LLP

**3. Evaluation of Appropriate Alternative Dispute Resolution:**

  a. Plaintiffs:

      i. Plaintiffs' Counsel suggests that the use of a private mediator would be helpful for potential class-wide settlement discussions.

  b. Defendants:

      i. Cobra will agree to mediation, provided that all other defendants agree to attend and participate.

      ii. Disputes as to services between Plaintiff and Espada are governed by an agreement to arbitrate. Espada is continuing to evaluate whether mediation would be appropriate, and if so, at what stage.

Dated: September 11, 2019
         New York, New York

            Respectfully submitted,

            /s/ Joseph A. Fitapelli
            Joseph A. Fitapelli
            **FITAPELLI & SCHAFFER, LLP**
            Joseph A. Fitapelli, admitted *pro hac vice*
            Armando A. Ortiz, admitted *pro hac vice*
            28 Liberty Street, 30th Floor
            New York, New York 10005
            Telephone: (212) 300-0375

            **BRUCKNER BURCH PLLC**
            Richard J. (Rex) Burch
            8 Greenway Plaza #1500
            Houston, Texas 77046
            Telephone: (713) 877-8788

            **JOSEPHSON DUNLAP LAW FIRM**
            Michael Josephson
            Andrew Dunlap
            Richard M. Schreiber
            William R. Liles
            11 Greenway Plaza, Suite 3050
            Houston, Texas 77046
            Telephone: 713-352-1100
            Facsimile: 713-352-3300

            *Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 11th day of September 2019.

            /s/ Joseph A. Fitapelli
            Joseph A. Fitapelli