UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE<br><br>Defendants. | Case No. 5:19-cv-00286-DAE |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Mario Bellamy
2. Neysha Diaz

Dated: September 16, 2019
New York, New York

Respectfully submitted,

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli
**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli, admitted *pro hac vice*
Armando A. Ortiz, admitted *pro hac vice*
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**JOSEPHSON DUNLAP LLP**
Michael Josephson
Andrew Dunlap
Richard M. Schreiber
William R. Liles
State Bar No. 24083395
wlies@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

*Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 16th day of September 2019.

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli