IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EJ LEJEUNE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED; HENRY TORRES VILLEGAS, JOSE A. REYES DIAZ, JULIO LOPEZ RIOS, ISRAEL DIAZ, LUIS M. RODRIGUEZ, WILFREDO SANCHEZ, KELVIN CULP, KERRY POOL, DARIN REID, FORREST SMITH, DARREN GULIN, CRAIG WRIGHT, JOSHUA GRIMES, BOBBY PATTON, STEVE EBEL, BRIAN KOPP, RICHARD GIBSON, MIKE SIELICKI, BENNETT ELLIOTT, OSCAR CASTANOJR., DOMINGO DE LA GARZA, DYLAN SUTTON, CHARLES FOSS, KEVIN AHEARN, COURTNEY BEASLEY, ROCKY COCHRAN, ENSLEY WINDHAM, TYLER NEGRI, RICARDO BENAVIDESJR., ZACHARY AKEY, DANIEL PERALES, ALEXANDRE PENNANT, CHARLES ENMANJR., RUBEN TREJO, MICHAEL TUCKER, MAX HIDALGO, ESEQUIEL NAVEJAS, MARIO BELLAMY, NEYSHA DIAZ, JON-MIKEL MOODY, | § § § § § § § § § § § § § § § § § | SA-19-CV-00286-JKP |

   *Plaintiffs,*

vs.

COBRA ACQUISITIONS, LLC, COBRA; ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN, LLC, JAMES JORRIE, JENNIFER GAY JORRIE,

   *Defendants.*

## ORDER STAYING CASE

  Before the Court is the Joint Motion for Temporary Stay of Proceedings to Conduct

Mediation filed by Plaintiff EJ LeJeune, Defendant Cobra Acquisitions LLC and Defendant

ESPADA Logistics and Security Group LLC and ESPADA Caribbean LLC. Upon review of the motion, the Court finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Temporary Stay of Proceedings to Conduct Mediation [#80] is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. This case and all case-related deadlines are hereby **STAYED** from the date of this Order until either of the Parties declare, in writing, that the Parties are at an impasse or by **May 31, 2020**, whichever is earlier.

2. The statute of limitations applicable to the potential Fair Labor Standards Act claims of the potential members of the putative class in this lawsuit is **TOLLED** from the date of this Order through the period of time during which the case is stayed.

3. Plaintiff's Motion for Conditional Certification [#54] and Defendant Espada Logistics and Security Group, LLC's Motion to Compel Arbitration [#75] are **DISMISSED WTIHOUT PREJUDICE** to refiling if the stay is lifted.

**IT IS SO ORDERED.**

SIGNED this 21st day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE