UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE<br><br>Defendants. | Case No. 5:19-cv-00286-DAE |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Giovanni Perez

Dated: February 5, 2020
New York, New York

Respectfully submitted,

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli
**FITAPELLI & SCHAFFER, LLP**
Joseph A. Fitapelli, admitted *pro hac vice*
Armando A. Ortiz, admitted *pro hac vice*
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**JOSEPHSON DUNLAP LLP**
Michael Josephson
Andrew Dunlap
Richard M. Schreiber
William R. Liles
State Bar No. 24083395
wlies@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

*Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 5th day of February 2020.

/s/ Joseph A. Fitapelli
Joseph A. Fitapelli

## FAIR LABOR STANDARDS ACT CONSENT

1. I consent to be a party plaintiff in a lawsuit against COBRA ENERGY/ESPADA and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate FITAPELLI & SCHAFFER, LLP, PECHMAN LAW GROUP, BRUCKNER BURCH PLLC, and JOSEPHSON DUNLAP, LLP ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for attorney's fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

*Giovanni Perez*
Giovanni Perez (Jan 31, 2020)
Signature

# Giovanni Perez
Full Legal Name (Print)