IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EJ LEJEUNE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED; HENRY TORRES VILLEGAS, JOSE A. REYES DIAZ, JULIO LOPEZ RIOS, ISRAEL DIAZ, LUIS M. RODRIGUEZ, WILFREDO SANCHEZ, KELVIN CULP, KERRY POOL, DARIN REID, FORREST SMITH, DARREN GULIN, CRAIG WRIGHT, JOSHUA GRIMES, BOBBY PATTON, STEVE EBEL, BRIAN KOPP, RICHARD GIBSON, MIKE SIELICKI, BENNETT ELLIOTT, OSCAR CASTANOJR., DOMINGO DE LA GARZA, DYLAN SUTTON, CHARLES FOSS, KEVIN AHEARN, COURTNEY BEASLEY, ROCKY COCHRAN, ENSLEY WINDHAM, TYLER NEGRI, RICARDO BENAVIDESJR., ZACHARY AKEY, DANIEL PERALES, ALEXANDRE PENNANT, CHARLES ENMANJR., RUBEN TREJO, MICHAEL TUCKER, MAX HIDALGO, ESEQUIEL NAVEJAS, MARIO BELLAMY, NEYSHA DIAZ, JON-MIKEL MOODY, GIOVANNI PEREZ, JON-MIKEL MOODY, STEVEN T. SALMON, | § § § § § § § § § § § § § § | SA-19-CV-00286-JKP |
| *Plaintiffs,* | | |
| vs. | | |
| COBRA ACQUISITIONS, LLC, COBRA; ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN, LLC, JAMES JORRIE, JENNIFER GAY JORRIE, | | |
| *Defendants.* | | |

## **ORDER**

Before the Court in the above-styled cause of action is Defendants Espada Logistics and Security Group, LLC and Espada Caribbean LLC's Unopposed Motion to Withdraw and for

Substitution of Counsel [#86]. By their motion, Defendants ask the Court to permit the withdrawal of Elvia E. Hague, Linda P. Wills, and Nathan Prihoda and substitute John B. Brown and Jeremy W. Hays as new counsel of record for Defendants. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Withdraw and for Substitution of Counsel [#86] is **GRANTED**.

**IT IS FURTHER ORDERED** that Elvia E. Hague, Linda P. Wills, and Nathan Prihoda with the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP are hereby **WITHDRAWN** as counsel for Defendants Espada Logistics and Security Group, LLC and Espada Caribbean LLC.

**IT IS FINALLY ORDERED** that John B. Brown and Jeremy W. Hays of Ogeltree, Deakins, Nash, Smoak & Stewart P.C. are **SUBSTITUTED** as counsel of record for these Defendants with the following contact information:

> Ogeltree, Deakins, Nash, Smoak & Stewart P.C.
> 8117 Preston Road, Suite 500
> Dallas, Texas 75225

**IT IS SO ORDERED**.

SIGNED this 24th day of February, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE