UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE<br><br>Defendants. | Case No. 5:19-cv-00286-DAE |

**ALTERNATIVE DISPUTE RESOLUTION REPORT**

Pursuant to the Court's August 13, 2020 Scheduling Order (ECF No. 107), Plaintiff files the following Alternative Dispute Resolution Report on behalf of all parties, in compliance with Local Rule CV-88.

1. **Status of Settlement Negotiations**:

    a. The Parties participated in an all-day mediation before Eric Galton, Esq. on April 16, 2020. The Parties were unable to reach a resolution on this date and in subsequent settlement discussions.

2. **Identity of the persons responsible for settlement negotiations for each party:**

    a. <u>For Plaintiffs and putative collective/class members:</u>

        i. Named Plaintiff EJ LeJeune, individually and on behalf of all others similarly situated;

        ii. Richard J. (Rex) Burch, Bruckner Burch PLLC;

        iii. Joseph A. Fitapelli & Armando A. Ortiz, Fitapelli & Schaffer, LLP; and

1

    iv. Michael Josephson & Andrew Dunlap, Josephson Dunlap LLP

 b. <u>For Defendants:</u>

   i. <u>Cobra Acquisitions LLC:</u>

    1. Mark Layton, Chief Financial Officer

    2. Brian Patterson & Joshua Sekoski, Akin Gump Strauss Hauer & Feld LLP

   ii. <u>Espada Logistics and Security Group, LLC;</u>

    1. Hull Youngblood, General Counsel

    2. John Brown, Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

**3. Evaluation of Appropriate Alternative Dispute Resolution:**

 a. Plaintiff:

  i. Plaintiff is open to a subsequent private mediation should the Parties believe it will be appropriate after the close of the opt-in period.

 b. Defendants:

  i. Defendants are open to a subsequent mediation, should the parties believe that it will be appropriate, after the close of the opt-in period.

Dated: August 19, 2020
  New York, New York

         Respectfully submitted,

         /s/ Joseph A. Fitapelli
         Joseph A. Fitapelli
         **FITAPELLI & SCHAFFER, LLP**
         Joseph A. Fitapelli, admitted *pro hac vice*
         Armando A. Ortiz, admitted *pro hac vice*
         28 Liberty Street, 30th Floor
         New York, New York 10005
         Telephone: (212) 300-0375

**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
8 Greenway Plaza #1500
Houston, Texas 77046
Telephone: (713) 877-8788

**JOSEPHSON DUNLAP LLP**
Michael Josephson
Andrew Dunlap
William R. Liles
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

*Attorneys for the Plaintiff and Putative Collective and Class*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties this 19th day of August 2020.

<u>/s/ Joseph A. Fitapelli</u>
Joseph A. Fitapelli