UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EJ LEJEUNE, individually and on behalf of all others similarly situated,<br><br>v.<br><br>COBRA ACQUISITIONS LLC; ESPADA LOGISTICS AND SECURITY GROUP, LLC; ESPADA CARIBBEAN LLC; JAMES JORRIE; and JENNIFER GAY JORRIE | Case No. 5:19-CV-00286-JKP-ESC |

## NOTICE OF FILING NOTICE OF CONSENTS

Plaintiff hereby submits the attached notices of consent:

1. Jerry Diaz Asia
2. Juan Carlos Concepcion
3. Luis Rivera Madera
4. Fernando Soto Serrano
5. Sergio Siberio
6. Luis Alicea
7. Shane Zimmermann
8. Steven Ebel
9. Alejandro Martinez Serrano
10. Jose Rodriguez Morales
11. Paul Hoppy
12. Doel Santos Jr.
13. Juan Enrique Rodriguez Saliveras

Respectfully submitted,

By: */s/ Joseph A. Fitapelli*
**Joseph A. Fitapelli**, *admitted pro hac vice*
**Armando A. Ortiz**, *admitted pro hac vice*
**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
212-300-0375 – Telephone
212-481-1333 – Facsimile
jfitapelli@fslawfirm.com

1

aortiz@fslawfirm.com

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com


**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Richard M. Schreiber**
State Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
rschreiber@mybackwages.com
adunlap@mybackwages.com

**ATTORNEYS FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I served this document on all counsel via the Court's ECF system on October 9, 2020.

*/s/ Joseph A. Fitapelli*
**Joseph A. Fitapelli**