# EXHIBIT A

96895326

# CONSENT TO JOIN LAWSUIT AGAINST
# COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: <u>JERRY DIAZ ASIA</u>

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: JERRY DIAZ ASIA

Date Signed: 10/2/2020 12:03:32 AM

**Please print or type the following information, which will be kept confidential:**

# CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: __JUANCARLOSLASSALLECONCEPCION__

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: __JUANCARLOSLASSALLECONCEPCION__    Date Signed: __9/30/2020 4:27:28 PM__

**Please print or type the following information, which will be kept confidential:**

[redacted]

# CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: <u>LUIS A RIVERA MADERA</u>

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: <u>LUIS A RIVERA MADERA</u>   Date Signed: <u>9/29/2020 11:40:22 PM</u>

# CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: **FERNANDO SOTO SERRANO**

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: FERNANDO SOTO SERRANO      Date Signed: 9/29/2020 4:11:59 PM

**Please print or type the following information, which will be kept confidential:**

[redacted]

## CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: <u>**SERGIO SIBERIO**</u>

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: SERGIO SIBERIO           Date Signed: 9/29/2020 1:59:27 AM

**Please print or type the following information, which will be kept confidential:**

[Personal information redacted]

# CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: <u>LUIS ALICEA</u>

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: LUIS ALICEA    Date Signed: 9/28/2020 10:59:26 PM

**Please print or type the following information, which will be kept confidential:**

# CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: <u>SHANE L. ZIMMERMANN</u>

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wageclaims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: SHANE L. ZIMMERMANN            Date Signed: 9/25/2020 7:13:09 PM

**Please print or type the following information, which will be kept confidential:**

[Confidential information redacted]

NOTICE ID: 96684289

## CONSENT TO JOIN LAWSUIT AGAINST COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: _Stevon Ebel_

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: _[signed]_   Date Signed: _9-28-2020_

Please print or type the following information, which will be kept confidential:

[redacted]

NOTICE ID: 96684402

## CONSENT TO JOIN LAWSUIT AGAINST COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: *Alejandro Martinez Serrano*

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: *Alejandro Martinez Serrano*   Date Signed: 27-09-2020

Please print or type the following information, which will be kept confidential:



**NOTICE ID: 96684543**

## CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY
## GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY
## JORRIE

Printed Name: _Jose' G. Rodriguez Morales_

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: _[signature]_    Date Signed: _9-28-2020_

Please print or type the following information, which will be kept confidential:

[redacted]

NOTICE ID: 96684354

## CONSENT TO JOIN LAWSUIT AGAINST COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: PAUL HOPPY

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: Paul Hoppy          Date Signed: 9-18-2020

Please print or type the following information, which will be kept confidential:

**NOTICE ID: 96684584**

## CONSENT TO JOIN LAWSUIT AGAINST
## COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: Doel Santos Jr.

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: Doel Santos Jr.    Date Signed: September 29, 2020

Please print or type the following information, which will be kept confidential:

NOTICE ID: 96684554

## CONSENT TO JOIN LAWSUIT AGAINST COBRA ACQUISITIONS, ESPADA LOGISTICS AND SECURITY GROUP, LLC, ESPADA CARIBBEAN LLC, JAMES JORRIE, AND JENNIFER GAY JORRIE

Printed Name: Juan Enrique Rodriguez Suliveras

1. I hereby consent join the collective action lawsuit filed against Cobra Acquisitions LLC, Espada Logistics and Security Group, LLC, Espada Caribbean, LLC, James Jorrie, and Jennifer Gay Jorrie to pursue my claims of unpaid overtime.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP, BRUCKNER BURCH PLLC, and FITAPELLI & SCHAFFER, LLP as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs EJ LeJeune and his Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

Signature: Juan C. Rodriguez Suliveras    Date Signed: 25-septiembre-2020

Please print or type the following information, which will be kept confidential:

[redacted]